**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
2:08cr12**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>       Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| AMY ELIZABETH ARCH,<br>       Defendant,<br>and | )<br>)<br>)<br>) |
| EASTERN BAND OF CHEROKEE INDIANS,<br>       Garnishee. | )<br>)<br>) |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Writ of Garnishment. For cause, the government states that the defendant is now deceased. Having considered the government's motion and reviewed the pleadings, and it appearing that the undersigned entered the writ which the government seeks to terminate, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Writ of Garnishment (#131) is **ALLOWED**, the Writ is **RECALLED** *nunc pro tunc* as of December 10, 2009, and **DISMISSED.**

-1-

Signed: January 21, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge